# COMPLAINT
(for non-prisoner filers without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DIST OF WI
FILED
2018 NOV 26 P 4: 18
STEPHEN C
CLERK

Rosa Miriam Palmer Spellman
(A totally disabled person for the purposes
of filing this Complaint)
By Thomas Spellman her Guardian

**18-C-1856**

v.

Disability Rights Wisconsin
and the
National Disability Rights Network
(I have no ability to know their "legal" names
other than their street names)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at 210 N Second Street Delavan WI. 53115

2. Defendants Disability Rights Wisconsin is a private corporation, of WI and the National Disability Rights Network is a private corporation of unknown State

B. STATEMENT OF CLAIM

1. Who violated your rights: Disability Rights Wisconsin and the National Disability Rights Network

2. What each defendant did: Disability Rights Wisconsin and the National Disability Rights Network both have discriminated against me by conspiring to deny me my RIGHT to WORK for a "special minimum wage" as allowed by LAW by a number of actions (see attachment "How WE are seen by THEY")

3. When they did it: This conspiracy against my RIGHT TO WORK FOR the "special minimum wage" started when the Board of National Disability Rights

Network, which Disability Rights Wisconsin is a "member", approved "Segregated and Exploited" which was published in January 2011. "Segregated and Exploited" has not as of today's date been withdrawn and the conspiracy continues to date. Disability Rights Wisconsin continues the conspiracy by FALSELY, in their "Principles for Employment of People with Disabilities", to include my RIGHT to WORK for the "special minimum wage" as allowed by LAW. (attached).

4. Where did it happen: Because it is a conspiracy there seems to be no particular place where it happened.

5. Why they did it, if you know: Ah yes I only wish I knew WHY a group of highly educated individuals would attack the ONE thing, the "special minimum wage" that has given me and many of my friend a life (see "Gifts of the Sheltered Workshop" which is attached as well)

C. JURISDICTION

I am suing for a violation of federal law under 28 U.S.C. ss 1331

D. RELIEF WANTED

Find that the National Disability Rights Network and Disability Rights Wisconsin have conspired against my RIGHT (by LAW) to work for the "special minimum wage" and that they immediately cease all such activities and they repair the DAMAGE that they have done as the Court sees fit once the Court finds in my favor.

E.  **JURY DEMAND**

I want a jury to hear my case.

☐ – YES   ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _24th_ day of _November_ 20_18_.

Respectfully Submitted,

_Thomas Sullivan Guardia for Rosa Mirca Palmer Spellmer_
Signature of Plaintiff

_414-403-1341_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_210 N 2nd Street_

_Delavan WI 53115_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.